THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMIE GARCIA,

    Plaintiff,                                    CASE NO.  3:10-cv-00911

v.

ACADEMY COLLECTION SERVICE, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, JAMIE GARCIA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                      Respectfully Submitted,
DATED:  November 15, 2010        KROHN & MOSS, LTD.

                                      By: /s/ James Pacitti
                                      James Pacitti
                                      Krohn & Moss, Ltd
                                      10474 Santa Monica Blvd., Suite 401
                                      Los Angeles, CA 90025
                                      Phone:  (323) 988-2400 x230   Fax:   (866) 802-0021
                                      jpacitti@consumerlawcenter.com
                                      Attorney for Plaintiff
                                      FBN: 119768