FILED

2010 DEC 20  PM 1:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

JAMIE GARCIA,

        Plaintiff,

vs.                                Case No. 3:10-cv-911-J-99TJC-JRK

ACADEMY COLLECTION SERVICE INC.,

        Defendant.

_____

## ORDER

Upon review of the plaintiff's Notice of Voluntary Dismissal (Doc. 6), this case is dismissed without prejudice. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20 th day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record